# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| **Vs.** | )   Case No. 23CR175 |
| | ) |
| **JERRY McKANE WAYNICK,** | ) |
| **Defendant** | ) |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, Jerry McKane Waynick, by and through Counsel and moves this Honorable Court to continue the sentencing hearing in the above captioned matter currently scheduled for August 19, 2024 at 1:30 P.M. EST. For cause, and in support of same, the Defendant would state as follows:

1. That the Defendant is currently in the Washington DC jail.

2. Counsel for the Defense needs additional time to prepare;

3. Assistant United State Attorney Kyle McWaters has no opposition to the continuance;

4. Sherry Baker, Senior US Probation Officer and Sentencing Guidelines Specialist who is preparing the pre-sentence report has no opposition to a continuance as the added time would help with her backlogged caseload.

5. Mike Flanagan, counsel for co-defendant Mark Waynick has no opposition to a continuance and stated to counsel that he intends to file a motion to continue for his client.

6. Defendant would request a 60-day continuance to a date certain in mid-October.

**WHEREFORE PREMISES CONSIDERED, THE DEFENDANT PRAYS:**

1. That this Honorable Court continue the sentencing hearing to a date certain in mid-October.

Respectfully submitted,

| | |
|---|---|
| /s/Olin J. Baker | /s/ Charles Haskell |
| Olin Baker, TN BPR# 026184 | Charles Haskell |
| Baker Law Group, PLLC | The Law Office of Charles R. Haskell |
| 9 Court Square, P.O. Box 250 | 641 Indiana Ave NW |
| Charlotte, TN 37036 | Washington, DC |
| (615) 789-3164 telephone | (202) 808-2728 |
| (615) 789-6390 facsimile | |
| obaker@bakerlawgrp.com | charles@charleshaskell.com |
| Attorney for the Defendant Jerry Waynick | |

## CERTIFICATE OF SERVICE

I, Olin J. Baker, hereby certify that I have sent a true and exact copy of the foregoing to Michael Flanagan, Attorney for Mark Waynick, 95 White Bridge Road, Ste. 507, Nashville TN 37205 via US mail first class postage prepaid, and Kyle McWaters via email on this the 1st day of July, 2024.

/s/Olin J. Baker
Olin J. Baker