

**DICKSON COUNTY**
140 COUNTY JAIL DRIVE • P.O. BOX 177 • CHARLOTTE, TN 37036
OFFICE: 615-789-4130 • FAX: 615-789-4185
DISPATCH: 615-446-8041 EXT. 4 • CID: 615-789-9303 • JAIL: 615-789-4109
www.dicksoncountysheriff.org

To whom it may concern:

Date: October 3, 2024

This letter is being written on Mark Waynick and Jerry Waynick's behalf. Mark and I have known each other for over 35 and grew up in the same small town. I was friends with the family and attended school with them. I am asking that leniency be shown for Mark and his son Jerry that will allow them to get back home and continue to be a productive member of society. Their families need their support to provide for them.

I thank you for your time and consideration in this matter.

Tim Eads

Sheriff of Dickson County, TN

1

**SHERIFF**

**DICKSON COUNTY**

140 COUNTY JAIL DRIVE • P.O. BOX 177 • CHARLOTTE, TN 37036
OFFICE: 615-789-4130 • FAX: 615-789-4185
DISPATCH: 615-446-8041 EXT. 4 • CID: 615-789-9303 • JAIL: 615-789-4109
www.dicksoncountysheriff.org

To whom it may concern:

Date: October 4, 2024

I am writing this letter on behalf of Mark Waynick and Jerry Waynick. I have known Mark and his family personally for over 45 years. Mark has always been a good person and very respectful when I was around him. He has supported his family and friends in good and bad times. He and I were not in the same circle, but having said that, I attended school with his sister and knew his aunt and cousins very well.

I am not sure what role he played in the events at the Capital on that day, but I do believe he was not there to harm anyone nor cause any damage to government property. Often times we get caught up in the moment or event and become a victim of the environment. I am not condoning anything that was done on that day by anybody. I do believe good people make mistakes and I have a jail full of those. I believe that Mark and Jerry have served their time and would recommend that he be released on probation at his hearing. The tax payers have afforded the bill for this and should not be burdened with any more responsibility of housing many of these people.

I thank you for your time and consideration in this matter.

Dwayne Hayes

Chief Jailer

Dickson County Sheriff's Office

1

Dear Honorable Timothy J. Kelly

I am writing to tell you about the men you will be sentencing in your court this month. Mark and Jerry Waynick, I would like for you to know more about the men other then what happened on January 6th. I have known Mark Waynick since him and Beth Lovett got married and Jerry Waynick since birth.

Jerry Mckane Waynick is an outgoing fun loving caring young man. He took care of my grandmother who was in the nursing home when he was in high school. He was very kind to her and was always very patient with her even though she was not easy to deal with at times. He has since started dating and is now engaged to my daughter. He has always treated her and me with the up most respect. He loves playing with my younger kids aged 4,5 and 8. They refer to him as their older brother. They miss him so much they have named their pet chicken Mckane after him. He is a lover of all animals and people. He is not just January 6th He is a loving son, brother, partner, friend and person.

Mark Waynick is a hardworking father and husband. He is kind and would do anything to help anyone that needs it. I am a single mom with 3 young kids. I paid a company two times to come out to fix my toilet and it was still not fixed. He came out to my house and completely redid my toilet. When he was done he refused to take any kind of payment. He also came out and fixed my kitchen sink when it would not drain. He knew i could not afford to call someone out to fix it. He has started the love of animals for my kids as he has sheep that he has let them play with.  This is just a few of the thing that Mark Waynick has done. He is not just January 6th he is a loving husband, a helper of the community and a good man.

Removing these men from our community for any longer than they have already been taken away would not be justice. They are good moral hard-working farmers that need to be back with the families that love and need them.

Thank You
Kellie Street

1165 Timber Ridge Road

Charlotte TN 37036

615-336-9601

Dear Honorable Timothy J. Kelly,

I am writing to tell you of the many fine qualities of Mark Waynick, whom I have known for over 20 years in various capacities, including plumbing services and casual circumstances including BBQ's and dinners together.  McKane Waynick, his son, I have also known for many years growing up, helping his father with the family business and at events with his parents. McKane is a fine young man.  He is always ready to help.

I have had the chance to get to know them both over the course of many years and enjoyed their company and craftmanship. As Mayor of Charlotte, TN, I have employed Mr. Waynick for repair work at many of our government buildings as well as my private dwelling. I say without a doubt that you are dealing with people who are of very good moral character. Mark operates with integrity and never has a bad word to say about anyone. Mark has always been a hard worker and provider for his family.

Thank you,

*Bill Davis*
Bill Davis

308 Park Circle E

Charlotte, TN 37036

**Eric K. Lockert**
Eric@LHH-law.com

**R. Spencer Hamlin**
Spencer@LHH-law.com



# LOCKERT, HAMLIN & HAMLIN PLLC
### ATTORNEYS

112 Frey Street
Ashland City, TN  37015

P:  (615) 792-4252
P:  (615) 792-4333
F:  (615) 792-4867

**Via:  Electronic Delivery to Mrs. Beth Waynick**

**October 1, 2024**

**The Honorable Timothy J. Kelly**
**U.S. District Court for the District of Columbia**
**E. Barrett Prettyman U.S. Courthouse**
**333 Constitution Ave., N.W.**
**Washington, DC 20001**

**Re:  Character Letter for Jerry McKane Waynick of Dickson, Tennessee**

Dear Judge Kelly:

     Mrs. Waynick has asked for me to consider penning a character letter her son, Jerry McKane Waynick, for your consideration in evaluating his sentencing involving the matter as set forth and occurred on January 6, 2021.  It is my understanding that a trial has already occurred, and this letter is intended to be utilized in a sentencing phase of this legal proceeding as to the character of the Defendant, Jerry McKane Waynick.  Henceforth, I am providing my honest opinion of Jerry McKane Waynick for that sole purpose.

     I have interacted with the Waynick family most of my adult life, and McKane has typically been around either his mother and/or his father on most of my interactions with the family.  Beth Waynick is my family's insurance agent for virtually everything that one can insure; henceforth, we place a large amount of trust in her hands and her advice in various particular areas of business.  The family including, McKane, have always been helpful and beneficial to the community in areas of service and trust and commitment.  Additionally, McKane has always been industrious in the areas of agricultural and livestock.  He has learned how to businessman at a young age and has to my knowledge been very industrious on his family farm.

     I know that there are guidelines that Judges follows in sentencing, and that Judges can consider may other factors as well.  I would encourage you to understand that this not the typical behavior that I am aware with McKane Waynick or his father.  I would also encourage you to find some punishment that allows them to serve their time restricted to their home and farm in Tennessee, where productivity can be coupled with reflection about their actions that led to the restrictions that they are under.  With that, I would pray that God would give you great insight, peace, and clear direction in considering and implementing the sentence for and Jerry McKane Waynick.

Sincerely,

Eric K. Lockert

EKL:mcb

Dear Honorable Timothy J. Kelly,

I am writing to tell you of the many fine qualities of McKane Waynick. But first I would like to start with saying I have known this family for three generations, over forty years total and they have been an asset to Dickson and surrounding counties for longer than that.

McKane is a young man with many outstanding qualities with good moral character and strongly values his family and community. From a young age he has always been a hard worker, working on his family's farm raising animals, growing crops, and repairing farm equipment. He is a respectful, polite, caring young man of his word.

I truly hope that a youthful indiscretion will not harm the potential for this young man to have a lifetime to be a good husband, father, neighbor and contributor to American society.

Respectfully,

John P. Primm D.D.S.

615-797-2298

4527 Hwy. 70 East

White Bluff, TN 37187

## Letter for McKane & Mark

From: Kathy Woodson (sugarglidersrus@aol.com)

To: beth.waynick@yahoo.com

Date: Tuesday, June 11, 2024 at 11:30 AM CDT

Dear Honorable Timothy J Kelly,

My name is Kathy Woodson I am writing to let you know that McKane Waynick is a fine 21 year old, honest, hardworking young man. I met McKane 4 or 5 years ago and we quickly became best friends & business partners. It all started several years ago when this cute boy with freckles and curly red hair came to my business with his mom Beth (sweet and beautiful lady). He was looking to get a sugar glider as a pet. I own Sugargliders R Us. I was glad to help him pick a sweet pet. That was over 4 years ago and now usually see McKane, Beth and his dad (Mark McKane) who is also in jail with McKane. I'm telling you that you couldn't meet a nicer family. They were always together one happy little family. They would come to see me about every month to see their baby sugar glider. He always purchased several hundred dollars of supplies food, cages, pouches etc. for his glider and other farm animals. I trusted him to add up his order each time and never thought about it because he is so honest and trustworthy. Anytime I needed them in any way personal or business McKane, his mom and dad were always there to help in any way they could. I never saw McKane without his parents Beth and Mark Waynick they "were" a team. I worry now about Beth handling all the work at their 100-acre farm. She is now taking care of over 150 sheep, 70+ducks, 60 hens, guardian dogs, sugar gliders and lots more. I know she is worn out but can't sleep for worrying about her guys. I know that they shouldn't have gone into the White House and I'm sure they regret going in as well. They've never been away from each other like this. If there is any way possible, please have mercy and be leniency on them. I'm sure that nothing like this could ever happen again. I realize you don't want to let bad people out of jail, but they are "great folks". Please give them a second chance.

Thanks,
Kathy Woodson

Visit our website at sugarglidersrus.com  or monkeysrus.us

To the Honorable Judge Timothy J. Kelly

Dear Sir,

I am writing to you to attest to the character of McKane Waynick. I do not take this task lightly. It is difficult to separate the son from his father and mother Mark and Beth Waynick.

I believe, as does the court, that a person's character makes up the essence of who they really are. I also believe that in a younger person, such as McKane, (approximately 20 yrs. old ) that the parents serve as a strong influencing factor.

I first met McKane, with his father Mark, approximately 4 yrs. ago. McKane was learning from his father how to identify certain antiques and collectibles. I found that McKane had an intense interest in this field and wanted to learn more about the business of buying and selling.

What I observed in McKane was the sincerity of learning. He would respectfully listen to his father and ask questions. McKane was eager to learn. ( I served as an educator for many years and can easily identify those eager to learn ). As I talked with McKane, I found him to be highly respectful of me as well as my staff. It was obvious that he had been taught to respect others.   McKane always greeted me and my staff with the salutation of ma'am or sir, always asked about how we were feeling and sincerely wanted to know.

I learned over these past few years that McKane has a work ethic very similar to his father and mother. Looking over their farm with the same love his father and mother have for the land. Also opening a small "general store" where he could sell his wares purchased at estate sales or auctions. McKane is always willing to give a helping hand to anyone in need. McKane attends a very small Church near their home that has mostly senior citizens. They love him, as one would any person of strong character. They love him because he stays after services and talks with each one of them wanting to know how they are doing, what happened during the week, and most importantly asking them, "what can I do to

help you this week?" expecting nothing in return. A young man does not do these things without strong moral character.

Very Sincerely Written and Submitted,

Larry J. Parker

445 Briley Lane

Portland, TN 37148

## (No Subject)

From:  Christine Shamwell (christine.shamwell@gmail.com)

To:    beth.waynick@yahoo.com

Date:  Tuesday, October 1, 2024 at 11:15 AM CDT

Dear Honerable Timothy J. Kelly

I am writing to tell you some of the good qualities of Mark and Mckane Waynick. I first met the waynick family in 1995 starting with Mr Jerry Lovett Sr. And his daughter Beth. I was introduced to Mark when he married Beth In 2000. Mckane I have known since he was born in August of 2002.

I have watched Mckane grow from a little boy to the fine young man he is today. When my mother was put into the nursing home with dementia mckane was one of the few caretakers able to work with her while she was in the rougher stages of dementia. Despite her anger and noncooperation with the staff mckane always treated her gently, patiently, and respectfully. Because I admired these traits I introduced him to my granddaughter, and they are now engaged to be married.

As to the character of Mark waynick, he is a quiet reserved and peaceful man. He is the type of person to help anyone who may need it, expecting noting in return. For example, in the middle of a large snowstorm my package of medication was buried in the snow and due to my disabilities I was unable to find it on my own. Mark drove to my house and spent hours digging though the snow refusing to leave until he had found it and returned it to me.

The waynick family has been a godsend for me. Despite the family working as hard as they do already, they always find time to assist me with anything I may need that I am unable to do alone. Only a family of good hearted moral people would be willing to show the kindness that I have been shown by the waynicks.

Thank you for taking the time to read this letter,
Christine Shamwell
730 coaling rd.
Charlotte TN 37036
615-519-2405

May 16, 2024

Dear Honorable Timothy J. Kelly,

I am writing to you on behalf of Mark and Mckane Waynick. I've known the Waynick's for 10 years now. We are neighbors and also have a veterinarian-client-patient relationship. They are the kind of neighbors that would help you with anything you need or let you borrow anything you need. They always stop to say hi and find out how you are. I've found them to be personable and kind.

As a veterinarian I love going to their house to see the many sheep, birds, rabbits and other animals; all of which are very well cared for. However, I've also enjoyed our conversations. They have a love of antiquing together as a family, taking care of their farm and enriching the lives of their sugar gliders, sheep, birds and other animals. I've observed them to be a very tight knit and loving family that truly cares for one another and their community.

Sincerely,

Ellie Goan

Ellie Goan



Dear honorable Timothy J Kelly

I Am writing to tell you of the many fine qualities of Mark and Mckane Waynick, whom I have known for many years in various capacities including on the Job sites and he also lives down the road from me and we have spent some quite some time together.

I have had the chance to really get to know Mark and Mckane. Last year my daughter was in a bad ~~life threatening~~ accident and Almost lost her life. As ~~she~~ she started to improve, we were told by the hospital ~~that~~ that she could come home and Rehab here at my house but she needed alot of equipment to do that. Mark and Mekane came that day and brought a hospital bed and set it up for her and also brought Other things that she would need for her recovery.



This was such a blessing to me and
My family. I could never thank them enough
for what they did in our time of need. And
I say without adoubt that you are dealing
with people of very good moral character. Mark
is Always there at work and never fells to
come give me a hug and tell me he loves me.
We sit and share scriptures with each other
and talk about how good God is.
I pray that Mark and McKane are well
and that I will see them soon.

Thank you

Josep dibbs
3065 Hwy 49 east
Charlotte TN 37036
(615) 517-5584

**Beth Waynick**

| | |
|---|---|
| **From:** | Sayda Lloyd <brightheartracoon99@gmail.com> |
| **Sent:** | Thursday, October 3, 2024 3:48 PM |
| **To:** | Beth Waynick |

**WARNING:** This email originated outside of Farm Bureau Insurance of Tennessee. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

Dear Honorable Timothy J Kelly

I am writing to tell you from my own personal experience the character of the waynick family.

Mckane and I were first introduced to each other by my grandmother, who herself has been a close friend of his family since meeting his grandparents in 1994. We fell in love soon after meeting and became engaged in August of 2023.

Mckane and I are inseparable and because of that I have spent a large amount of time with his family and I can tell you without a shadow of a doubt they are a close hardworking family of goodhearted individuals. Mark and Mckane both are kind gentle people, and that reflects not just in how they interact with the animals on the farm, but also in how they carry themselves in day to day life. Their family is generous often giving away eggs or excess garden goods to friends and neighbors. They are both always happy to lend a hand to anyone who may need it never expecting anything in return.

Mark and Mckane both spend a majority of their time working. They do plumbing during the day and farm chores from the time they get home usually until the sun sets. The weekends are spent together as a family working to do resale. When Mckane does manage to get free time he usually spends it helping me do chores for my grandmother that she is unable to do alone. Mark and Mckane both have a deep love for bringing joy to the people around them. Mark chooses to do this through sharing scripture and Mckane through sheer friendliness and humor.

Both Mark and Mckane are deeply loved and well missed by not only me, but their whole community.

Thank you for taking the time to read this,
Sayda Lloyd
1165 timber ridge Rd. Charlotte TN 37036
615-761-4181

Dear Honorable Timothy J. Kelly,

I am writing to tell you about the many fine qualities of McKane Waynick whom I met when I started working with his mother in January of 2014 in Ashland City, TN. McKane, who is his mamas world, would come to work with Beth on days he was out of school and always had the biggest grin on his face eager to talk to us all even as a 12-year-old boy. He was mature for his age and never met me as a stranger. He loved to learn about my family and the things we did. He would always talk about his time on his family's farm and helping take care of his late grandmother as she did him as a baby while his mother and father were working. They had such a sweet and special bond. It was a joy to see a young man be so involved. He would help clean her house and take her dinner in the evenings. He always had a knack for antiques, maybe he learned some of that from her? He started a little business selling them at a local shop in his town and flea market. The older generation love seeing him there and enjoy listening to him share his wisdom that they already know but love the fact that he is so young and has the interest. I am always taken back by the knowledge he has for all the things that have history and value. Every time I go to his home, he shows me all the new things and tells me all the specifics on each of them. It amazes me that he has been able to turn a hobby he loves into a job as such a young age. I also get to meet all his sugar gliders among other animals he raises. Again, something he is so knowledgeable about. I assume the years of farming have given him that natural ability to love and care for all animals. He leads a very simple life working on the farm and market, going to estate sales and increasing his knowledge for history and anything else that may interest him.

With all this being sad, some of his finest characters are his old soul, compassion for his family and farm life, love for simplicity and knowledge for history. I have enjoyed watching the little red headed, blue eyed, smiling boy grow into such a fine young man. McKane is harmless and has dreams of a family on his farm one day. He is hardworking and enjoys people.

I hope this helps you get to know him as a person.

Thank you for reading.

Mandy K. Tomlin

1012 Randy Rd. Ashland City, TN

615-943-1041

May 15, 2024

Our Honorable Timothy J. Kelly:

I am writing to tell you of a few of the fine qualities of Mckane Waynick, whom I have known since 2021, in various capacities, including being a customer of our small business.

I have had the chance to get to know Mckane Waynick and I can say without a doubt that you are dealing with a person of good moral character.

Mckane Waynick operates with integrity, and when in my presence, never has a bad word to say about anyone.  Mckane Waynick is also a hard working young man and always offering to lend a helping hand to those around him.

Sincerely,

Reba Harris
1635 Highway 46 South
Dickson, TN 37055-2752
615-969-8044

Dear Honorable Timothy J. Kelly,

I am writing to tell you about the some of the many fine qualities of Mark Waynick whom I met when I started working with his wife Beth in January of 2014 in Ashland City, TN. Beth and I quickly became not only friends but family. Mark and Beth have a family farm in a small town called Charlotte, TN just about 20 minutes from work. I love to see the love his has for my friend. Together they work to accomplish a happy farm life. They have a son McKane, who is their world. Mark has taught McKane to be a hard-working young adult. They are very well known and loved in the community. Mark is a plumber who stays steady with business locally. He has a farm he works on early morning and late evenings that I love to go visit. He has many farm animals, and my favorite part is seeing the bunnies, ducks and chickens run around freely. Oh, and all the fresh vegetables I get from the garden and the fresh eggs they give to anyone who wants them. He also helps McKane with his weekend estate and antique sales at a local shop and flea market. His love for God is strong. He can quote scriptures like no one I have ever met. He loves his family, and they together work hard to keep things up and running at work, on the farm, estate sales and market. They live a very simple life and rely on each other while working hard at everything they do.

With all of this being said, just some of my views of Marks finest qualities are he is a hardworking and reliable person to his family, his farm and his community, he has a big heart and takes care of anyone who needs it and is willing to tell you about the word of God if you want to listen. His family, farm and community are at a loss without him there. He is the backbone of their world.

I hope this helps you get to know a little about Mark and his family and how much he is needed at home, on the farm and in the community.

Thank you so much for reading,

Mandy K. Tomlin

1012 Randy Rd. Ashland City, TN 37015

615-943-1041

June 3, 2024

Dear Honorable Timothy J Kelly,

I am writing this letter to express my admiration for a remarkable young man, McKane Waynick who exemplifies the virtues of dedication, perseverance and hard work.

McKane works together with his mother, Beth and father, Mark sharing in the multitude of tasks required to run their family farm. He dedicates numerous hours to the welfare and care of hundreds of animals. In addition, he actively manages his own small antique booth, demonstrating an eager interest in the antique business, often spending his free time exploring and collecting unique pieces.

I am particularly proud of McKane, especially for his love for his country, God and his profound Chirstian faith, which is truly admirable and rare to find in young people today.

McKane is loved by all who have the pleasure of meeting and conversing with him. His warmth, kindness, and genuine nature leave a lasting impression on everyone he encounters.


Thank you for taking the time to read this letter.


Sincerely;

Nicole Backlin

630 Grindstone Hollow Road

Dickson, Tn 37055

(615) 522-8726

June 2, 2024

Dear Honorable Timothy J Kelly,

I am writing this letter to tell you about my young friend, McKane Waynick, whom I have had the pleasure of knowing for over 3 years.

McKane is a fine young man. He works very hard on his family farm with his father, Mark and mother, Beth where they diligently care for several hundreds of animals. McKane also shares an interest in the antique business operating a small booth at our local antique store, where I also have a booth. He continues to expand his knowledge and expertise in the antique industry.

He is a cherished son from a loving and caring family, who have instilled in him the values of responsibility.

McKane is beloved by everyone, treasured for his kindness and generosity within the community.


Thank you!


Sincerely;

Vicki Jennings

8020 Valley Road

Nunnelly, TN 37137

(309) 338-4656

## Letter of Reference for Mark Waynick

From: Renee Young (reneefyoung@msn.com)

To: beth.waynick@yahoo.com

Date: Wednesday, June 19, 2024 at 12:40 AM CDT

*Dear Honorable Timothy J. Kelly,*

*Please accept this letter of reference for Mark Waynick. Mark is a good husband and father and a well-respected member of our community.*

*I have known Mark for many years and have always found him to be of the highest moral character; honest and forthright in all matters and kind to all he meets.*

*I plead with you to allow him to return to his home, family, and community as he is deeply missed by all. Will you please reunite the Waynick family? We are all absolutely heartbroken that they have been separated.*

*Very Respectfully,*

*Renee Mitchell*
*Dickson, Tennessee*
*615-418-4742*

September 23, 2024

Dear Honorable Timothy J Kelly,

I am writing to tell you the many fine qualities of McKane Waynick, whom I have known for over 20 years in various capacities including coming to my Son's Birthday events, going to Bible School at the same Church and being a long time Family Friend and Neighbor.

With knowing McKane Waynick his entire life, I can say without a doubt you are dealing with a person with very good moral character.

McKane operates with integrity and has never had a bad word to say about anyone.

McKane's love for animals is undeniable just as it is for anyone he encounters.

McKane has never been one to shy from working and is a very hard worker from a very young age. He was taught to work for what you have.

Thank you for your time,

Jennifer Durham
517 Collier Bend Road
Charlotte, TN 37036
931-623-9618

October 1, 2024

Dear Honorable Timothy J. Kelly,

I am writing to you on behalf of McKane Waynick, whom I have known for at least 10 years through his shopping in our retail store and our mutual love and collecting antiques.

I have had the opportunity to know McKane as he grew up and came in to shop with his parents in our retail shop. He has always been a pleasure to talk to, joke with, and has been nothing but polite to myself and the other employees. In the past few years, he found an interest in antiques, buying and selling. This gave us common ground as adults and I enjoyed talking with him on this topic. He seemed to light up talking about a good find or sale. My wife and I went to the Waynick home once to look at a piece we had an interest in and spent time with the family and enjoyed their company.

In my mind, McKane is a good young man who has been raised to have strong character. He is a hard worker who works in the family plumbing business and also helps out on their farm as well.

Thank you for your time.

Timothy Spann

615-943-7248

Brandy Gibbs Hunter
3121 Highway 49 East
Charlotte, TN 37036

Monday, May 13, 2024

Honorable Timothy J Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

Dear Honorable Timothy J Kelly,

I am writing you to share my experiences with McKane Waynick with you. Maya Angelou once stated, "I did then what I knew how to do. Now that I know better, I do better." I feel this statement is reflective of McKane Waynick.

I've known McKane and his family his entire life, as we reside in the same community. From a small age, I've watched him grow and mature. He's always taken pride in helping manage all of the chores required on their farmland and helping his Dad in his business, even at a young age when other children were far less concerned with responsibility. He's always been respectful and willing to help when a community member is in need. I've always thought highly of both his work ethic and desire to be a productive member of society by helping in whatever facet he could.

A few years ago, his mother reached out to me asking if I'd be interested in tutoring him in mathematics, as his testing scores weren't meeting the expectations they had for him. I tutored him for several months. During that time, he was always punctual, prepared, and demonstrated a true drive to further his educational experience. I was impressed with his desire to truly understand the material and apply it in real world scenarios. Furthermore, I respected his efforts and positive attitude.

I humbly ask that as you consider sentencing for McKane Waynick that you acknowledge his character throughout his life: honest, dependable, responsible, driven, dedicated, and generous.

As Pete Rose is noted for saying, "If someone is gracious enough to give me a second chance, I won't need a third." I humbly ask that you give McKane Waynick a second chance at life outside of a penal institution. I truly believe he will prove to be a person of great character and respect that serves our community well.

Thank you for your time and your service to our justice system.

Respectfully,

*Brandy Gibbs Hunter*

Brandy Gibbs Hunter
615-512-2738



Dear honorable Timothy Kelly

I am writing to tell you about Mark and
Mckane Waynick. I have known them for 4-5 years
and we have become very close. We have worked
together on many job sites. We also enjoy working
the flea market in our county. Both of these men
have helped me in many ways. They have helped
me understand the bible and have shown me
what a true friend is. They are always willing to
sit down and talk with me no matter how busy
they are. Both of these men are passionate about
God and their country. I couldn't ask for a better
friend or co-worker.

              Thank you. Cody Althary

Honorable Timothy Kelly,

I would like to take a moment to talk to you about Mark and McKane Waynick. I realize you are meeting them at a terrible time in their lives. However please don't judge them based solely on a day in their life. Mark convinced me that suicide was not the answer. After I lost my fiance. He encouraged me to study the Bible. He genuinely cares about his fellow man and his family. McKane is a very intelligent young man. He raises sugar gliders and sheep on their farm. He is a history buff. He has a booth in the local antique mall. I guess what I'm trying to say is that he is a good kid. That's really the best description of him.. A kid at heart. Both of them have changed my life for the better. The world is a difficult place to navigate. Sometimes bad things happen to good people. This is an example of that.

Sincerely.

C Britt

Dear Honorable Timothy Kelly,

My name is Tracie McCord and I am writing you in support of McKane Waynick. I have known him since he was around 10 years old and have seen him grow from a good boy to a fine, responsible, dependable young man. He has always been and still is a happy, fun, polite person to be around and it is a joy for us all at his dental office when he is scheduled to come in, we very much look forward to his visits at our office. He is a responsible, dependable worker, working on his families farm all of his life and also at other jobs. I have always viewed him as some what of an entrepreneurial in the making ever since he was a young boy growing and selling his own pumpkins,He truly is a responsible, hard worker. He is a caring worker also, he worked at one of Dickson County's local nursing homes. I personally know a lady that was there for rehab when McKane worked there and she told me so many kind things about McKane of how he took good care of the patients and how kind and pleasant he was. I personally believe it takes a big heart and compassion for others to work at nursing homes and I truly believe McKane embodies those qualities and many more fine qualities. I truly believe McKane is a fine young man and a valuable citizen to our county of Dickson,TN and to our over all society.  I hope this letter helps to show the real everyday person and citizen McKane is and overshadow the person many may think he is because of his one day of indiscretion. Thank You for your time.

Respectfully,

Tracie McCord  615-290-3616

2009 Pinewood Dr.

White Bluff, TN 37187

Dear Honorable Timothy J. Kelly,


I have known McKane Waynick for over 10 years. McKane is a joy to be around. He is a small town country boy with such a kind soul. He has strong family values and strong morals. He is a polite, respectful young man and I hope one hasty decision doesn't altar the future he deserves.


Thank You,

Jackie Wingfield

931-801-9160

1

30MAY24

To the Honorable Timothy J. Kelly,

I have been asked to write this letter to share my knowledge regarding the character of Mr. Mark Waynick. I've had the privilege of knowing Mark for the past two years. I did not know him before January 6th, 2021, nor am I fully aware of the specific charges or penalties he may face due to his presence at the US Capitol Building that day. Like most Americans, I only know what I have gleaned from news reports regarding the events of January 6th. As a veteran of the US Navy and a citizen who loves my country, I can tell you that I appreciate the full weight of the significance of what transpired that day. In this light, I will share what I have observed of Mr. Waynick's character after the fact, free from long-standing bias.

I met Mark and his son, McKane Waynick, approximately two years ago at our local county flea market. He attends this monthly event to support his son's burgeoning business of buying items from estate sales to repair and refurbish, then selling them at the flea market. At some point after our initial meeting, Mark shared with me what he witnessed outside the Capitol Building on January 6th and why he and his son had traveled from Tennessee to Washington. He also confided in me that he regrets making this journey since what took place that day was not the reason for the father & son trip.

As I got to know Mark over the subsequent months, I was deeply impressed by his unwavering commitment to his son's entrepreneurial journey. This dedication, I believe, is a testament to his strong family values and community spirit. Mark not only owns a successful plumbing business (in which his son participates); he also spends his weekends helping his son establish his own business. This level of involvement and support is truly admirable, something rarely seen in our current society between father and son.

Mark and I share many similar interests. He is a business owner and maintains a small homestead with livestock which he and his family tend to, and he values hard work and family togetherness. Our conversations, both initially and subsequently, have been extensive and meaningful. His untiring dedication to his family and their needs has been a recurring theme during our many discussions. Mark often expresses his love and devotion to his wife and a shared vision of their future. Plans such as these can only be built on strong family values and mutual support for one another, including their son. This knowledge alone confirms my belief that Mark would never intentionally do anything to jeopardize something into which he has invested so much time and love.

Though our acquaintance has been brief so far, I have come to know Mark as a man of solid trustworthiness and honesty—a testament to his 'good character.' These traits are important to me, so much so that I have instructed my wife to seek Mark's assistance when the time comes to liquidate my shop and farm equipment assets upon my passing. Moreover, I recommended Mark and his son to my elderly neighbor who needs help selling his belongings as he prepares to move into a nursing home. I facilitated their introduction at my neighbor's home last summer to begin this process.

In conclusion, Mark has expressed profound remorse on more than one occasion regarding how events evolved on January 6th, 2021. He has repeatedly stated that had he known what would transpire beyond witnessing a day in the Capitol's history, he and his son would never have traveled to Washington, D.C., that day. This sentiment aligns perfectly with my observations of Mark as a protective father and devoted husband who would not knowingly put himself, his family, or their future together at risk. His regret in this regard is not a passing emotion. Rather, I believe, it is a deep-seated feeling that serves to drive him to learn from this experience, share his story with others, and become a better person.


Respectfully,

Philip Glickstein

P.O. Box 316
Cumberland Furnace, TN 37051
615-568-5839

Dear Honorable Timothy J. Kelly,

I am writing to you to tell you about Matt Wayrich. I have known Matt over 30 years and have appreciated the incredibly hard working man that he is. He has run a very successful plumbing business and has maintained a beautiful farm. I have purchased cows from him as well as hunted with him over the years. I have known him. He has always been very kind and honest. He is known as a very high character man and truly loves his family.

Sincerely,

Wes Agnew
1343 Floyd Hudgens Rd.
Ashland City, TN. 37015
615-010-1689

Dear Honorable Timothy J. Kelly

I met McKane Waynick August 7, 2002
at 8 days old. McKane's grandmother and Aunt
were in the hospital room when I met him.
I can remember the amount of love I felt in
that room was overwhelming and he would be
loved so much. Over the years he and my
girls have been at birthday parties together,
they have kayaked, gone to eat and visited
McKane's animals. In the almost 22 years
I have known him he has always had
manners around me and my family I have
never heard him cuss or show any form
of anger. I love hearing his stories of
trying to help people that are complete
strangers. His love of animals speaks to
how big his heart is. I have 3 daughters
close to his age so I feel like I have met
a lot of young 20 year olds. Out of all I have
met he is the most polite and respectful.

Thank you, Jennifer Buckley
3381 Blue Springs Rd
Ashland City, TN 37015
615-394-9416

Dear Honorable Timothy J. Kelly,

I hope this letter finds you well. My name is Jordan Guardado, and I have had the privilege of knowing McKane Waynick for 13 years. I am writing to provide a heartfelt character reference for him.

From the very beginning of our friendship, McKane was someone I could always count on. He has been a true friend through thick and thin, someone who always knew how to lift my spirits when I needed it most. I remember countless times when we would hang out, sharing laughter and supporting each other during challenging moments. His kindness and loyalty have always stood out to me, making him a person I deeply admire.

My parents also relied on McKane, especially my mom, who knew she could count on him whenever my brother and dad were out of town. McKane was always willing to help her with anything she needed, whether it was running errands or simply providing companionship. Even after I moved away, he continued to be a pillar of support for my family. It speaks volumes about his character that he stepped up as a role model for my little brother. McKane has taken the time to be present in his life, showing him the importance of responsibility, respect, and kindness. Their bond is something truly special, and I know my brother looks up to him immensely.

Morally, McKane is a good person who embodies strong values. He and his family are devout Christians, and their faith plays a significant role in shaping his character. I have witnessed how his beliefs guide his actions, inspiring him to treat others with compassion and integrity.

I understand that McKane is currently facing a difficult situation, and I cannot imagine how challenging this must be for him. However, I believe that this experience can serve as a turning point for him. McKane has always been someone who reflects on his actions and strives to grow. I have seen him learn from his mistakes and work hard to become a better person.

I have faith in his ability to emerge from this experience with a renewed sense of purpose and determination. McKane has so much potential, and I believe he can make a positive impact in the lives of those around him once given the chance.

Thank you for taking the time to read this letter. I hope it provides insight into McKane's character and the positive influence he has had on my life and others. I genuinely believe he can continue to be a source of inspiration for those who care about him.

Sincerely,

Jordan Guardado

615.339.8376

1540 Lascassas Pike

Murfreesboro, Tennessee

31730

Dear Honorable Timothy J. Kelly,

I am writing to share my thoughts on Mark Waynick, who has been an influential figure in my life. Growing up, I had the privilege of knowing Mark as a wonderful role model and a truly exceptional person.

From an early age, I had the opportunity to help out on the farm with Mark. His guidance and encouragement instilled a strong work ethic in me, and I learned the value of responsibility and dedication. Mark's willingness to share his knowledge and skills made a lasting impression on me.

In addition to his work on the farm, Mark owned his own plumbing business, and I always admired his generosity. He frequently helped my parents with repairs around the house, often refusing payment for his services. This selflessness not only showcased his skills but also his deep sense of community and kindness.

Mark also took the time to look after my family when my mom was home alone. His watchful eye provided us with a sense of security, and I always felt reassured knowing he was nearby. His commitment to looking out for others is a testament to his character.

Above all, Mark is a devoted family man who embodies strong family morals and values. His love and support for his family are evident, and he has instilled those same values in those around him.

In summary, Mark Waynick is a remarkable individual who has positively impacted my life and the lives of many others. His kindness, generosity, and strong sense of community make him someone I deeply respect and admire.

Thank you for considering my perspective on Mark. Please feel free to reach out if you need any further information.

Sincerely,

Jordan Guardado

615.339.8376

1540 Lascassas Pike

Murfreesboro, Tennessee

31730

## Beth Waynick

| | |
|---|---|
| **From:** | Tonva Munz <tonyamunz77@gmail.com> |
| **Sent:** | Mondav. September 23, 2024 5:13 PM |
| **To:** | Beth Waynick |
| **Subject:** | prison letter |

**WARNING:** This email originated outside of Farm Bureau Insurance of Tennessee. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

Dear Honorable Timothy J Kelley,

I am writing to tell you of the many fine qualities of Mckane. Whom I have known for four years or more I have worked with him at NHC in Dickson County as a CNA he had great bedside manners, his heart was in his job, he would never do anything to hurt anyone. I have never heard anyone say anything bad about him. He is a great young man with alot of fine qualities to give to others in life.. Mckane is a grreat person with a long life ahead of him and a great future.. please if you can find it in your hearts to release him and return him home to us his family friends and his animals we all love and miss him...     Thank you                                      Tonya Harville

 Tonya Harville                                        4476 turkey
creek                                        waverly Tn
37185                                        tonyamunz77@gmail.com

1

Dear Honorable Timothy J Kelly,

I am writing you concerning Mark Waynic and Mckane Waynick.
Mark is a little younger than I but we grew up in the same small town
community. Mark has done plumbing work for me in my rentals  homes
for over 20 years, many times bringing his son McKane tagging along
learning the trade. I own a local jewelry store in Dickson and Mark, Beth
and McKane have been customers and great friends for years. Mark is
well known in our community and he does plumbing work for many builders.
Mark lives on a farm and is a hard worker and pretty much keeps to himself.
Mark is a man of integrity, he is honest and hard working. McKane has grown up
with great  parents on a family farm raising all types of animals. Mckane is a honest
outstanding young man. Thanks for your time.

Ken Perales
615-405-0595

1

Dear Honorable Timothy J. Kelly

     I wanted to write you today to support some very good family friends of mine. I have known Beth, Mark, and McKane for many years through my family's business. They have been great customers of mine for years and that has blossomed into a great friendship over many years. They are tight knit family like mine which is something I highly value in people. They also are closely related in the agriculture/animal community which we are as well so we all bonded over our love of all animals including the unconventional quirky kind! Mark and Mckane have helped my father several times with plumbing in our store and rental homes. They support our local family owned business so we love to support them as well. They are some of the best people I have met and truly care for them as they truly care for others. Beth, Mark and Mckane are hardworking, loyal, respectful people that I'm truly happy are a part of our life and the community I live in.

Thank you

Jackie Tomlinson

615-394-6947

7/16/2024

Dear Honorable Timothy J Kelly

My name is Whitney Story, I am writing to offer a character reference for Jerry "Mckane" Waynick, Whom I have had the privilege of knowing for more than 15 years as a friend.

Throughout my acquaintance with Mckane, he has consistently exhibited a character of integrity and kindness in his actions. A notable instance is was my husband and I were building our home my husband broke his leg. Mckane took his time to come help us finish the build. We were very grateful for all of his help.

Mckane has always been hard working, reliable, responsible, and willing to go above and beyond to help others.

I believe Mckane is a valuable member of society who has made a valuable impact on those around him. I strongly recommend him as a person of good character.

Please do not hesitate to contact me if you should require anything further.

Whitney Story
615-308-1992
Whitneystory1988@gmail.com

7/16/2024

Dear Honorable Timothy J Kelly

My name is Whitney Story, I am writing to offer a character reference for Mark Waynick, Whom I have had the privilege of knowing for more than 15 years as a friend.

Throughout my acquaintance with Mark, he has consistently exhibited a character of integrity and kindness in his actions. A notable instance is was my husband a fellow plumber needed work, and Mark would offer him jobs that he may not be able to schedule or get to.

During my relationship with Mark, I have experienced an individual who works hard, and carries himself in a polite, respectable manner.

In addition, Mark is a family man who loves and cares for his family. Mark has always presented himself with levelheadedness and grace.

I believe Mark is a valuable member of society who has made a valuable impact on those around him. I strongly recommend him as a person of good character.

Please do not hesitate to contact me if you should require anything further

Whitney Story
615-308-1992
Whitneystory1988@gmail.com

Dear Honorable Timothy J Kelly,

I am writing to tell you of my relationship with Mark Waynick. I have known Mark all of my life. I grew up knowing his parents. I've never know him to cause trouble or be in trouble. He has always been a blessing to me as a plumber whenever I needed anything done. He is honest and a hard worker. I know him to be a christian family man with a desire to help others.

So, without a doubt on my part, you are dealing with a person of very good moral character. Mark operates with integrity and never has a bad word to say about anyone.

Thank you,

John G. Smith

674 Mt. Lebanon Rd.

Dickson, TN 37055

615-218-8364

To the Honorable Judge Timothy J. Kelly

Dear Sir,

I am writing to you to attest to the character of Mark Waynick. I do not take this task lightly.

. I believe, as does the court, that a person's character makes up the essence of who they really are.

I first met Mark and his son McKane approximately 4 yrs. ago. Mark was teaching McKane how to identify certain antiques and collectibles. I found in talking with them that McKane had an intense interest in this field and wanted to learn more about the business of buying and selling.

I was struck right away by Mark's interest in his son. I soon found out that they were inseparable. My first impression of Mark's character was that of a caring father. As I talked with them, I found that Mark, had an intense love for his family, his son McKane, his wife Beth, and for Jesus Christ. These 3 formed the reason for Mark's impeccable character. I found that Mark was a plumber by trade, but most importantly a farmer, with many, many sheep, I believe almost 300 whom he loves dearly, sharing many photos with me over these years and many times citing scriptures that he was reminded of by the sheep, which usually always started a discussion between us concerning the Word.

Mark is known throughout his community and those who know him in the estate sale world, as a gentle, peaceable, loving man who would literally give you "the shirt off his back" if you needed it. Mark is a man who helped his neighbors, often fixing something, plowing a field, caring for those who could not care for themselves, always without charge, except maybe a hug.

This man, I grew to love as my brother, because of his kindness, gentleness, and perseverance. Never raising a hand in anger, except as any of us would, to protect those we love.

Mark raised sheep, every breed of chicken (always giving the eggs away at no charge to people he would meet. He raised guinea, ducks, birds of all kinds.

This gentle man, this farmer, this shepherd, this caretaker of all birds and animals in his domain, this neighbor, this friend to all in need, this man , this Mark who loves his wife Beth, His son McKane, and the Lord, with an intensity beyond any I have witnessed before in my 79 young years. This Mark, is a man of strong moral character, rarely attained, sought by many, envied by all.

Very Sincerely Written and Submitted,

Larry J. Parker

445 Briley Lane

Portland, TN 37148

Dear Honorable Timothy J Kelly,

I am writing this to let you know about my brother Mark Waynick and my nephew McKane. I know they have both suffered over this and if it was possible they would change this decision to make it never had happened. I have been praying for forgiveness for them every day because that is the way we were all raised to ask for forgiveness. They give so much good to people and would never guide anyone to do anything that could cause them any problems. They both work hard everyday in their public jobs and on their family farm. They would do anything to help you and build their community. They both have big hearts.

Thank you,
Linda F. Burcham
307 College St.
Gleason, TN 38229
731-514-9877

**Beth Waynick**

From:        dawn dycus <dawnd2016@yahoo.com>
Sent:        Friday, May 31, 2024 1:10 PM
To:          Beth Waynick
Subject:     McKane's Letter

**WARNING:** This email originated outside of Farm Bureau Insurance of Tennessee. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

Dawn Dycus

1169 Timber Ridge Rd.

Charlotte TN. 37036


May 31, 2024


Dear Honorable Timothy J. Kelly.


I am writing you to share my experiences with McKane Waynick with you.

I have known Beth Waynick (McKane's Mother) all my life. I grew up with her from childhood until now. When I was carrying my son, she would always say I was going to have a Red Headed boy. Well, that didn't happen, but she did when McKane born.

This is a well-known family in our community. From the birth of McKane, I have known him. He's always taken pride in his work on the farm with all the animals. He gets out every week going to Estate sales and stocking his booth to sell his items each week. He works with his dad (Mark Waynick) who is a well know Plumber in the county.  He's is always willing to help out in the community with whatever is needed. He is an outstanding young man who takes pride in his family and host of friends he has.

I ask that you kindly consider sentencing for McKane Waynick. We all make mistakes in our life time and I truly think McKane deserves a second chance.


Thank you for your service in the justice system.

Kind Regards,


Dawn Dycus

615-417-8682

Dear Honorable Timothy J Kelly,

I am writing to tell you of the many fine qualities of Mckane Waynick, whom I have known for nine years in various capacities including as a neighbor, and a friend.

I have had the chance to get to know Mckane over the years.  He is respectable young man with a bright future. He is hard working, loyal to family and friends and is a person of the highest moral character. Mckane has always shown kindness in his actions and in his conversations with me over the years.

 It is my hope and prayer that you will allow Mckane the opportunity to pursue his future unencumbered.

Thank you,

Wade Gibbs

603 Scott Hollow Rd

Charlotte Tn,37036

615-319-6089

# Bryan Pelton

From:  kjn5913 (kjn5913@gmail.com)

To:  beth.waynick@yahoo.com

Date:  Monday, May 20, 2024 at 06:21 PM CDT

Dear Honorable Timothy J Kelly,
My name is Bryan Pelton. I am writing you as to the character of Mckane Waynick for consideration in your up coming decision. I have been Mckanes neighbor and known him for about 11 to 12 years now.My son is also friends with Mckane . Mckane has always been a good friend to my son.The boys enjoy hanging outdoors and fishing. Mckane has been to my house several times and has always been very respectful.  Mckane is a kind young man who would offer a helping hand when in need. I believe Mckane to be a trustworthy person.He is always helping his parents around their house and property. Mckane is a good kid and has a promising future ahead of him.

    Bryan Pelton
 655 Scott Hollow Rd Charlotte TN 37036
 615-943-1721


Sent via the Samsung Galaxy S10e, an AT&T 5G Evolution capable smartphone

Dear Honorable Judge Timothy J. Kelly,

I am writing this letter in reference to Mckane Waynick.

McKane is an all around good guy who comes from a loving and supportive family. His parents did an excellent job molding him into a gentleman with respect, compassion, loyalty, kindness, and most importantly love. The love that McKane has for his family, girlfriend, friends, and animals is honestly astounding!

McKane, my sister, and I have been friends for forever, even though we may not see each other every weekend. I remember when my parents would rent a water slide for my sister and I's birthdays and McKane would come slide with us. We all had so many laughs and way too much fun. Recently, we all spent the night at their family lake house where we went kayaking, played card games, ate some good food, and had very meaningful conversations. McKane is a very supportive friend and a great listener. My sister and I also visited their family farm where McKane showed us his extensive farm of animals. The genuine love and concern he has for each and every animal is impressive. With a farm that is host to over 200 animals, McKane and his family have their job cut out for them. Yet, he could tell me the exact name, species, diet, and lifestyle of each and everyone one of them!

If you think the friends and animal aspect is impressive, wait until you hear about his family values. McKane absolutely adores his mom and dad. They do so many things together such as: attending to farm animals and responsibilities, attending various estate sales, going to local animal auctions, running and managing a booth at a local antique store, setting up sales at their local flea market, interacting with members of the community to show them cool estate finds or just put a smile on their face, and most of all, loving and holding on to each other when life gets tough. McKane also works along side his dad doing plumbing. As someone who also works with their dad, I can tell you that it is a great privilege that not many people get to experience. McKane and his dad work hard to provide for their family.

Mckane and his family suffered a tragic loss a couple of years ago. His sweet grandmother, who was dearly loved by all, passed away. Before she passed though, McKane demonstrated an amazing act of love in order to see his grandmother. He attended schooling and became a CNA. I have respect for anyone and everyone that goes into the medical field as it is no easy task. McKane did it with compassion and pure love for his grandmother. I know his mom and grandmother were beyond proud of him for following his heart.

I say all of that to say that I couldn't ask for a better friend. I actually consider McKane and his family to be part of my family after all these years. I know without a doubt that if I picked up the phone and called McKane, he would be there to help me no matter the situation. Those are the kind of people that influence you to be a better person, and that is just what McKane did for me.

Sincerely,    *Lauren Grace Binkley*
Lauren Grace Binkley
2381 Blue Springs Road
Ashland City, TN. 37015
615-939-2296

Dear Honorable Timothy J. Kelly,

I am writing to tell you the many fine qualities of McKane Waynick. Whom I have known since he was born. His mom, Beth and I have been friends for thirty plus years. McKane and my daughters grew up together. They come to our house and we go to theirs. The families all get along great together. McKane is a hard working young man. He has shown his compassion for people by becoming a CNA and working at the nursing home, taking care of our old folks and anyone else who needed care. He has many animals on the farm that he tends to. He keeps food and water supplied to sheep, chickens, sugar gliders, rabbits, and an array of other animals. He is very compassionate about his animals. McKane is a very well mannered , hard working young man. He works with his dad plumbing, helps take care of the farm, runs a booth at an antique shop, and a booth at his local flea market. He stocks them with treasures the family finds on their outings to estate sells. McKane has more work ethic and promise than 95% of the young people today. I would trust him with my possessions or family. He is a great young man with a good heart.

Thanks,
James P. Binkley,
2381 Blue Springs Road
Ashland City, TN. 37015
615-394-9415

Jayme Bernero-Gentry
3048 Runabout Drive Nashville Tennessee 37217
6155404216
jaymebernero@gmail.com

The Honorable Judge Timothy James Kelly
Court Name: District Court
Court Address: District of Columbia

07/07/2024

Re: Character Reference for Jerry McKane and Mark Waynick

**Dear Judge Timothy James Kelly,**

I am writing to provide a character reference for Jerry McKane and Mark Waynick, who is my
are my close friends and loyal customers (love them both like family) and whom I have known
for 4 years. I am aware of the charges brought against them and the upcoming court
proceedings, and I believe it is important to share my perspective on their character and
conduct.

I have had the privilege of witnessing Jerry McKane and Mark Waynick demonstrate
unwavering integrity, compassion, and responsibility throughout our acquaintance. Jerry
McKane and Mark Waynick has always been a person of high moral character, displaying
honesty and truthfulness in all their interactions. Jerry McKane and Mark Waynick has
consistently shown respect for others, treating individuals from all walks of life with dignity
and kindness.

Based on my knowledge of Jerry McKane and Mark Waynick, I firmly believe that the actions
alleged in the charges against them are uncharacteristic of their true nature. I genuinely believe
that Jerry McKane and Mark Waynick is a person of integrity who made a mistake, and is
deeply remorseful for the consequences it has caused.

I kindly request the court's consideration of Jerry McKane and Mark Waynick's overall
character and previous contributions to society. I am confident that with appropriate guidance
and support, they will continue to positively contribute to the community. I firmly believe that

Jerry McKane and Mark Waynick deserves an opportunity for redemption and rehabilitation.

Thank you for taking the time to review this character reference letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provided contact details.

Sincerely,

Jayme Bernero-Gentry

## Fwd: Mckane

From: Sheila Whitlock (estatesalesbysheila@gmail.com)

To:    beth.waynick@yahoo.com

Date:  Monday, August 26, 2024 at 12:48 AM CDT

Please let me know that you received this!  Love you BIG much!!!

Dear Honorable Tim J. Kelly,

I hope this letter finds you well. I am writing this letter to you on behalf of the fine character and qualities of Mckane Waynick. As unfortunate as the events that unfolded were, I truly believe this is a case of 'in the wrong place at the wrong time".

I am a small business owner in Nashville,TN and have known McKane for several years. I run an estate sale company and have watched McKane flourish as an entrepreneur of his own.  He is a frequent buyer and has his own business of reselling the 'deals' he is so apt to find.  He was learning to be very savvy businessman in a market where so many don't make it, he found a way to thrive.

The events of January 6th, 2021 were deplorable, absolutely. I watched the news as horrified as any other patriot should have. I can honestly and truly say I was stunned to know of McKane's involvovlemt in any capacity. He is one of the kindest customers we have, always willing to help with other customers moving large pieces of furniture or lend a hand to us whenever he can.

I have gotten known many people in my line of work and I can whole heartedly say thay McKane is a cut above the rest.  He is a kind a gentle boy. He's a young man with a wildly bright future. I do not, beyond a shadow of a doubt, believe that he was visiting Washington DC with any ill will in his heart. He is absolutely an asset to our community and is greatly missed here in middle Tennessee.

Sincerely,

Sheila S. Whitlock
Estate Sales by Sheila

## Fwd: Mark Waynick

From: Sheila Whitlock (estatesalesbysheila@gmail.com)

To: beth.waynick@yahoo.com

Date: Monday, August 26, 2024 at 12:43 AM CDT

Wasn't sure if I needed to print and sign and then send.  Let me know how you need this done.  I apologize for the delay.  Was just really busy these past few weeks.  I will have McKanes in a few minutes.
Love you BIG much,

Sheila

Dear Honorable Timothy J. Kelly,

I am writing a letter to you on behalf of the fine character and qualities of Mark Waynick. As unfortunate as the events that unfolded were, I truly believe this is a case of  'in the wrong place at the wrong time".

I am a small business owner in Nashville, TN and have known Mark for several years. I run an estate sale company where Mark and his family have been frequent shoppers. He and his wife keep a watchful eye over their son, McKane's burgeoning resale business, giving guidance when needed and letting him learn the business of reselling in a very encouraging environment.

The events of January 6th, 2021 were deplorable, absolutely. I watched the news as horrified as any other patriot should have. I can honestly and truly say I was stunned to know of Mark's involvement in any capacity. He is one of the kindest customers we have, always willing to help with other customers when needed- and has also helped out a couple of our employees, when called upon.   Mark is quick to help and happy to do so. He would often send many of us little texts of kindness and encouragement out of the blue during the week. He and his wife are a beacon of light and kindness.

I have gotten to know many people in my line of work and I can whole heartedly say thay Mark is a cut above the rest, he is a man of high esteem and character. I know not of many men who stand as proud as he does. I do not, beyond a shadow of a doubt, believe that he was visiting Washington DC with any ill will in his heart. He is absolutely an asset to our community and is greatly missed here in middle Tennessee.

Sincerely,

Sheila S. Whitlock
Estate Sales by Sheila

Dear Honorable Timothy J. Kelly,

I am writing to tell you of the many fine qualities of McKane Whynick whom I have know since he was a baby. I graduated from highschool with his mother Beth Privett Waynick in 1983. Beth has made McKane her life and her number one focus is and has been on being a great mom. McKane, as is his mother, is a person of integrity. He is kind and very polite.

I have known McKane through the antique business as well. He loves antiquing and I am very happy to see that a young person loves this business. We have shared many antiquing stories over the years. Also, there were numerous times, when I had my antique store, that he would offer to help carry and antique piece for me that I was unloading from my truck or moving around my store.

In summary, I would say McKane is a person of integrity. He

is Kind, polite, funny, and good.
mannered.

Sincerly,
Misha

Misha Lashlee
600 Dykeman Rd.
Dickson, TN 37055
615-289-0184

## Lorial Pelton

From:  Lorial Pelton (kjn5913@gmail.com)

To:    beth.waynick@yahoo.com

Date:  Monday, May 13, 2024 at 11:11 AM CDT

Dear Honorable Timothy J Kelly,

My name is Lorial Pelton I am a special education teacher assistant at our local high school. I am writing this letter in regards to Mckane Waynick and his character. I hope you will take this letter into account when making your decision. I have known Mckane for about 11 years. I first met Mckane when my son became his friend, shortly after we became neighbors. Mckane is such a sweet and kind young man. He is very respectful, always yes ma'am no ma'am . I would consider Mckane to be a trustworthy person you can count on. He is a hard worker and helps his family maintain their property. When my own son went to the hospital when we returned home Mckane came right over and brought a get well basket of goodies and showed empathy and concern for my son ( his friend). I know I can count on Mckane to help me if I was to call him he would come right over. Mckane is a bright , smart young man. I believe he is a positive productive member of our community that has a bright future ahead of him. I hope this small insight into Mckane Waynick will help in your decision.

Thank You,
Lorial Pelton
655 Scott Hollow Rd Charlotte Tn

37036

615-943-1756

May 24, 2024

Dear Honorable Timothy J Kelly,

I am writing this letter to provide a character reference for McKane Waynick. I have known McKane for 21 years, and during this time, I have come to know him as a person of good character, integrity, and honesty.

I have grown up with McKane, as our families have always been close. He has always been a part of birthday parties and holiday celebrations. In recent years I have enjoyed visiting them and spending time with their animals. His character is evident in the way he takes care of them. His love for others was shown through his work in the nursing home. He was inspired to work there when his grandma developed dementia. Whenever I needed someone to talk to I always knew he would respond to me.

Thank you,
Jenna Binkley
2381 Blue Springs Rd.
Ashland City, TN 37015
02jennabinkleyyy@gmail.com

Jenna Binkley  05/24/2024

Dear Honorable Timothy J Kelly

I am writing you today to tell you about my experience with McKane Waynick. I have been a friend of his mother and father for over 20 years. I have known McKane since the day he was born. He was born as an only child into a fantastic family with a mother and father who loves him very much. He has been raised on a small farm in Charlotte Tn. As he got older his parents had him help take care of the farm as well as the farm animals. His father Mark Waynick owns a plumbing business. Once McKane was old enough, he started working with his father in the family business.

Even though he was raised on a farm in Tennessee his parents saw to it he would see the world. His mother took him on a company trip to Europe several years ago that I was part of, and I got to spend some time with him. On this trip I really got to know him better, he was such a fun young man to be around.

He has always been very respectful and gracious to the people he encounters. He has a huge heart and is very passionate about his family and country.

Sincerely,

Spencer Garrett

## Letter on behalf of Jerry McKane Waynick

From:  Dana Harris (dmharris1901@gmail.com)

To:  beth.waynick@yahoo.com

Date:  Sunday, May 19, 2024 at 04:18 PM CDT

Dear Honorable Timothy J Kelly,

I am writing to tell you of the many fine qualities of Jerry McKane Waynick whom I have known since he was born. I strongly believe knowing who his parents are he is a hard worker and would never want to hurt anyone. He is a very young man only trying to stand for what he believes in. Please help him get the forgiveness he deserves.

Thank you so much,
Dana Harris
731-699-0098

## Letter of Reference for McKane Waynick

From:  Renee Young (reneefyoung@msn.com)

To:     beth.waynick@yahoo.com

Date:  Wednesday, June 19, 2024 at 12:25 AM CDT

Dear Honorable Timothy J. Kelly,

I am writing to speak on behalf of the good character of McKane Waynick. I have gotten to know McKane over the past couple of years and have found him to be a dear young man of outstanding moral character.

We have had many talks as we have worked near one another and I deeply appreciate his easygoing demeanor and dedicated work ethic. McKane always has a smile, a kind word and a story for everyone.

McKane is a fine young man and a gift to our community.

I look forward to many more talks with McKane and I plead with you to allow him to come home to those of us who adore him.

Very Respectfully,
Renee Mitchell
Dickson, Tennessee
615-418-4742

6/2/2024

Dear Honorable Timothy J. Kelly,

This letter is to give my character account of Jerry Waynick as I have known him over the years. He is a very conscientious, hardworking young man. Always very friendly and respectful. His willingness to assist others is always shown in his daily actions. He also has a great love for family, home & nature which helps him far exceed many others his age in experience in daily life. It is so sad to see this hardworking family being separated and a young man penalized for their support in their beliefs and concern of America.


Thank you,

Kathy Bryan/1105 Boone Ridge Rd/Burns, TN 37029

June 2, 2024

Dear Honorable Timothy J. Kelly

I am writing to tell you some of the many fine qualities of Jerry Waynick.  Jerry is a vendor at the local flea market, in years past I worked in Estate Sales for clients wishing to sell their items, Jerry has a keen interest in learning about antiques, furniture, collectibles and their history. Over the years Jerry and I have become very good friends, and I can say that Jerry is a person of very good moral character. Jerry also lives his life with integrity and is always positive in his dealings with people and situations. Jerry is a hard worker and helps his family at their farm.

Thank you for your time,

Randy Bryan

1105 Boone Ridge Road

Burns, Tn

615-415-0776

6/2/2024

Dear Honorable Timothy J. Kelly,

This letter of character is for Mark Waynick.  Mark has always shown a very laid back, easy going, faith believing personality.  His work skills carry very high standards with many long hard laboring hours in his business and family farm.  He always offers his assistance without hesitation to others. His standards are high for mankind, nature and his family.  Families like his are precious and not found every day, please in your consideration let this family be together on their beautiful farm in our community.


Thank you,

Kathy Bryan/1105 Boone Ridge Rd/Burns, TN 37029

June 2, 2024

Dear Honorable Timothy J. Kelly

I am writing to tell you some of the many fine qualities of Mark Waynick. Mark is always willing to assist and help in times when others need help. Mark is a person of very good moral character and is one of the most honest people I know. Mark and I have had many discussions about our faith and Mark's faith in God is one of the reasons that we are great friends. Mark also lives his life with integrity and is always positive in his dealings with people and situations. Mark owns a plumbing company and has helped me at our home when plumbing issues arise.  Mark is a hard worker as he also has a livestock farm and vegetable garden.

Thank you for your time,

Randy Bryan

1105 Boone Ridge Road

Burns, Tn

615-415-0776

*Bennetta James*
*541 Bethany Road*
*Erin, TN  37061*
*(931) 764-0473*
*(931) 289-8743*
*541bjames@gmail.com*

Dear Honorable Timothy J Kelly,

I am writing to tell you of the many fine qualities of Mark Waynick.

I have known Mark for several years on a personal level and have known him to always be willing to help when needed.   He has a genuine friendly smile that encourages others in positive ways.

Mark is family oriented and works hard to make his business a success for them. I have never known him to be negative about anyone or anything.   He is of good moral character and shows this in his interaction with others.

Thank you,

Bennetta James

**Bennetta James**
**541 Bethany Road**
**Erin, TN  37061**
**(931) 764-0473**
**(931) 289-8743**
**541bjames@gmail.com**

Dear Honorable Timothy J Kelly,

I am writing to tell you of the many fine qualities of Mckane Waynick.

I have known Mckane for several years on a personal level and found him to be a delightful young man. He is outgoing and likes to assist others if needed. He is easy to talk to and cordial to those who come in contact with him.

Mckane is a hard worker and of good moral character. He is a nice young man who loves his family and community.

Thank you,

Bennetta James

## letter of character

From: YESTERDAYS TREASURES TREASURES (tabitha.hux@comcast.net)

To: beth.waynick@yahoo.com

Date: Wednesday, June 5, 2024 at 01:22 PM CDT

To Whom it May Concern,

I have known Mark and McKane (Jerry) for several years. We met thru Mark's wife Beth whom I have known for a lifetime. I have worked with both McKane and Mark on a regular basis since that time in the antique business. We became fast friends. Often they have asked if I needed assistance with anything. Being a woman living on my own, they were always concerned with my welfare and I have no doubt at anytime if I needed a hand they would be there with a smile willing to do whatever they could to help me or anyone else in need. I know nothing of current affairs. I do not watch the news. I don't have a politcal bone in my body. I just know these two men are needed here at home. Many depend on them. They are kind, hard-working and charitable. They love God and country. They are an asset to our community. They are loved. We are all praying for their safe return.

Sincerely,
Tabitha Booker Hux

### character letter from Jamey

From:  YESTERDAYS TREASURES TREASURES (tabitha.hux@comcast.net)

To:  beth.waynick@yahoo.com

Date:  Wednesday, June 5, 2024 at 01:05 PM CDT

To Whom it May Concern,

i am writing this letter in regards to the character of the two men, Mark and Jerry (McKane) Waynick. I should say that we have only been acquainted for the last few years and in that time I have grown to think of them as good friends with every quality one would ask in this role. Mark is an excellent plumber who regularly gives his time and expertise to those who otherwise wouldn't be able to afford his services. He is a God-fearing Christian and an American Patriot. He shows these traits in his personality, his demeanor, and in his words and actions. Mark is a family man, hard worker and an honest man who is good. Above all Mark is an important part of our little town here in Tennesse. We can't afford to lose this honorable man even for a day. There are friends and family who suffer daily for Mark's absence. His wife and many friends pray for his quick return.

Young McKane is the son of Mark and Beth Waynick and shares the qualities instilled by his father and mother. he is bright, inquisitive and has the makings of becoming a grand man, something I look forward to witnessing over these next years. Mckane is filled with youthful zest and inexeperience just as we all have known. He is a good young man who met a bump in the road. Mckane is just at the starting line of his life and should not be away from the people who love him the most and should resume their company. I write this letter as a friend and fellow to these two men caught up in something they never intended to become a part of. Fate is fickle and knowing that I ask that these men be given back their freedoms.

Thank you,
Jamey Mallonee

## Letter for McCane

From:   Michele Vermilyea (micheleverm@gmail.com)

To:   beth.waynick@yahoo.com

Date:   Tuesday, June 4, 2024 at 11:13 PM CDT

Dear Honorable Timothy J. Kelly,

I am writing to express my opinion about the
many fine qualities and character I have witnessed
in Jerry(McCane) Waynick.  I have known McCane for several years in various ways whether it be our shared interest in Antiques and Collectibles,
restoring vintage furniture or talking about the many different animals on his family farm.  McCane is a very hard worker and is dedicated to complete
Whatever task that is needing done.  McCane enjoys spending time with his parents and I have always been impressed with the respect and care that I see him show his parents and others around him.  McCane is a person that volunteers to help before being asked and in showing respect for others exhibits integrity and good character.

Thank You,
Michele Vermilyea
499 Dowdy Rd
Dickson Tn 37055
615-557-6580

## Letter for Mark

From:  Michele Vermilyea (micheleverm@gmail.com)

To:    beth.waynick@yahoo.com

Date:  Tuesday, June 4, 2024 at 11:32 PM CDT


Dear Honorable Timothy J. Kelly,

I am writing to express my opinion about the many fine qualities and good character of Mark Waynick
who I have been acquainted with for several years in various ways.  Mark is the husband of a sweet friend Beth Waynick
and through the years I have come to have great respect for Marks dedication to his family, his business and his
community.

I became acquainted with Mark because of a shared
interest in antiques and collectibles.  Mark and his wife Beth purchased several items from a business I owned for a
home their family was renovating together.  Mark has always been a hard worker in all his endeavors - the families farm,
the families interest in antiques and collectibles and Marks business.  Many times I have seen Mark put others before
himself or make a sacrifice to encourage others.  Mark Waynick is without a doubt a person of good moral character and
lives with integrity.

Thank You,
Michele Vermilyea
499 Dowdy Rd.
Dickson Tn. 37055
615-557-6580

## Beth Waynick

| | |
|---|---|
| **From:** | Beth Waynick <beth.waynick@yahoo.com> |
| **Sent:** | Monday, June 10, 2024 8:57 AM |
| **To:** | Beth Waynick |
| **Subject:** | Fw: Mark Waynick |

**WARNING:** This email originated outside of Farm Bureau Insurance of Tennessee. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

----- Forwarded Message -----
**From:** Sarah Watson <sarahwatson1414@gmail.com>
**To:** "beth.waynick@yahoo.com" <beth.waynick@yahoo.com>
**Sent:** Saturday, June 8, 2024 at 07:18:16 AM CDT
**Subject:** Mark Waynick

Dear Honorable Timothy J Kelly,

 I'm writing to you to tell you about my friend, Mark Waynick.
 I met him a little over 3 years ago at an estate sale. I immediately hit it off with Mark and his family. They are so easy and fun to talk to. I would see him pretty often as his son has a booth at a once monthly flea market as do I although at different ones. Mark is so easy to talk to. I told him about an argument my husband & I had. He was able to gently help me see things from my husband's point of view.  Then proceed to give me some advice on how to resolve it.
 When you're having a conversation with Mark, you have his undivided attention. He always asks and truly cares how I'm doing. When my husband had back fusion surgery he  messaged me several times to make sure we didn't need anything. Throughout the 3 plus years I've known Mark, I've never heard him say an unkind word about anybody. The Mark I know is one of the kindest, most loving, and non judgemental people I've known.
 He loves his family and works just as hard at their farm as he does at his business.
 Mark is a wonderful man and I truly miss him.

Thank you,

Sarah Watson
105 S Graycroft Ave, Madison, TN 37115
615-414-6198

1

**Beth Waynick**

| | |
|---|---|
| **From:** | Beth Waynick <beth.waynick@yahoo.com> |
| **Sent:** | Monday, June 10, 2024 8:59 AM |
| **To:** | Beth Waynick |
| **Subject:** | Fw: Jerry Mckane Waynick |

**WARNING:** This email originated outside of Farm Bureau Insurance of Tennessee. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

----- Forwarded Message -----
**From:** Sarah Watson <sarahwatson1414@gmail.com>
**To:** "beth.waynick@yahoo.com" <beth.waynick@yahoo.com>
**Sent:** Saturday, June 8, 2024 at 06:26:57 AM CDT
**Subject:** Jerry Mckane Waynick

Dear Honorable Timothy J Kelly

 I am writing to you to tell you about my friend, Jerry Mckane Waynick.  I met Mckane at an estate sale a little over 3 years ago. Mckane & his parents are some of the nicest people I know.  Everytime I see him he puts his arms out to hug me. He's just the sweetest kid.
 I have a booth at a once monthly flea market as does  Mckane, although his is a different one.
 He's always willing to jump in to help people carry & load things into their vehicles.
 He  always responds to me with a yes or no ma'am.
 He's a good kid and I miss him.


Thank you,

 Sarah Watson
105 S Graycroft Ave, Madison, TN 37115
615-414-6198

## Letter for McKane

From:  BILL & MARY COX (drapesforu@bellsouth.net)

To:      beth.waynick@yahoo.com

Date:  Saturday, June 8, 2024 at 08:08 PM CDT

June 8,2024

Dear Honorable Judge Timothy Kelly:

McKane is a young man I met while I have been working at an antique store in Dickson, Tennessee. He is always working very hard on his booth. I have watched him working with the customers that are shopping in the store. Even spending this time working he still has a full time job with his family's plumbing business. I have been very impressed with McKane since I have known him. It is so hard to find young people willing to work.
Very nice and a pleasure to be around.

Mary S Cox
412 Beechwood Circle
Burns, TN 37029
615/351-2040

Dear Honorable Timothy J Kelly,

I am writing this letter to be/give a character witness and friend for Mark and Mckane Waynick. I have known both of these men for many years now (probably 8 years or so). I met them through work and found that we had common interest in things such as Antiquities, Furniture, collectibles, and nostalgia. They have always been nothing but nice and inviting to me and that is very hard to find now days.

Over the years I have bought, sold, and traded with them including antique furniture, signs, and hand tools which has strengthened our friendships even more so. Mark has also helped many times with several plumbing issues, always at no charge which has been very helpful along with the occasional conversation on theology. I have also enjoyed chatting with Mckane about vintage collectibles and flea markets on many occasions where he is always willing to help someone out or send business your way. I can vouch that these gentleman are very kind hearted Godly men who are always willing to help their community with their dedicated work ethic and genuine compassion for the people around them.

Thank you for your time and God bless

Jake Hughes

(615)854-6656

June 3, 2024

Dear Honorable Timothy J Kelly,

I am writing to tell you about my friend, Mark Waynick, who has been an important part of my life for over 2 years.

Mark is kind, intelligent, funny and most of all, he is an honest man. In addition, he is a hard-working individual, running the family farm with his wife, Beth and his son, McKane. He manages to balance the demanding tasks of farm life while still having time to work his plumbing business and small antique booth, as well as, making time for his family and friends.

One of the things I admire most about Mark is his love for his country, God and the Christian faith. His commitment to his beliefs is evident in everything he does and inspires those around him.

I believe that Mark is someone who brings positivity and support to everyone he meets. I am grateful for his friendship and wanted to take this opportunity to share how much he means to the community.

Thank you for taking the time to read this letter.

Sincerely;

Nicole Backlin

630 Grindstone Hollow Road

Dickson, Tn 37055

(615) 522-8726

June 2, 2024

Dear Honorable Timothy J Kelly,

I am writing this letter to tell you about my friend, Mark Waynick, whom I have had the pleasure of knowing for over 3 years.  Our paths first crossed as vendors at our antique store, where we currently both have booths.

Mark is an honest, hard-working man dedicating his time professionally with his plumbing business along with countless hours managing his family farm with his wife, Beth and son, McKane where he raises animals and tends to the land.

Mark is an adoring husband to his wife and a devoted father and role model to his son. He is also a faithful Christian and loves God.  He is a wonderful friend and will help anyone in the time of need while respecting people of all ages.

This man has many good qualities and is an inspiration to us all.  His selflessness and willingness to serve others reflect a heart filled with kindness and a spirit devoted to making a positive difference in the lives of those he encounters.


Thank you!


Sincerely;

Vicki Jennings

8020 Valley Road

Nunnelly, TN 37137

(309) 338-4656

May 15, 2024

Our Honorable Timothy J. Kelly:

I am writing to tell you of a few of the fine qualities of Mark Waynick, whom I have known since 2021, in various capacities, including being a customer of our small business.

I have had the chance to get to know Mark Waynick and I can say without a doubt that you are dealing with a person of good moral character.

Mark Waynick operates with integrity, and when in my presence, never has a bad word to say about anyone. Mark Waynick is also a hard working family man and always offering to lend a helping hand to those around him.

Sincerely,

Reba Harris
1635 Highway 46 South
Dickson, TN 37055-2752
615-969-8044

Dear Honorable Timothy J Kelly

I am writing you tell you of my experience with Mr. Mark Waynick whom I have known for 20 years. He has become a great friend of mine whom I could always count on if I needed help. He is the owner of Waynick plumbing. This is a local business that has helped many people in the area for years. I got to know Mark when he married a coworker, Mrs. Beth Waynick. After they were married, I got to know Mark better. I remember one time I was having a plumbing emergency at my home. It was extremely late, and I needed help desperately. I called Mark to ask his advice on what to do. He got out of bed and immediately drove over an hour to my house to help me. At this point I didn't know him that well but after seeing him do this for me I knew he was a man of great character. I would have been happy to pay him for his time, but he refused to bill me. I have used his business and referred him as a plumber for many years since then. He is well known in the community as a man of faith and integrity. I have never heard of a single complaint with Mark or his business in all the years I've known him.

Once Mark and Beth were married, they purchased a small farm in Charlotte Tn and began to build a family. Mark has been an excellent husband to Beth, and father to their son Mckane. He has always been very involved with his son taking him to sporting events and teaching him how to operate the farm and showing him how to run the family plumbing business. Although they live on a small farm in Tennessee Mark has been a remarkable father by taking his son out of the state so that he can experience other world perspectives.

I, as well as many people in our community regard Mark Waynick as a pillar of our community. He is a friend that we can turn to if ever in need of help.

Sincerely,

Spencer Garrett

May 24, 2024

Dear Honorable Timothy J Kelly,

      I am writing this letter to provide a character reference for Mark Waynick. I have known Mark for 21 years, and during this time, I have come to know him as a person of good character, integrity, and honesty.

      I have not been around Mark as much as the rest of their family, but I still know him well. I know he is a hard worker, and one of his main priorities is providing for his family. I see the love he has for his wife and son in the little things he does. I have noticed that Mark has coffee every morning as he and his wife read the Bible. Not only is he being a good example and showing his love for his wife, but he is also a good example of a Biblical man to his son.

Thank you,
Jenna Binkley
2381 Blue Springs Rd.
Ashland City, TN 37015
02jennabinkleyyy@gmail.com

*Jenna Binkley*    05/24/2024

Dear Honorable Judge Timothy J. Kelly,

I am writing this letter in reference to Mark Waynick.

If you asked me to describe Mark in a couple of words, I would say that he is a very family oriented man. Day in and day out, he puts the needs of his wife and son before his own. He owns his own plumbing business, in which he has been very successful. He loves his wife and son deeply. Mark works hard to provide for them and to ensure their safety. He helps oversee and manage the farm, along with all of its animals. Mark also does extensive research of the Bible and tries to spread the word to others, which is rare nowadays.

Mark is a humble, kind, compassionate, loyal, hardworking, and loving man. I hope that I can find a husband with as much love and compassion for his wife, as Mark has for Mrs. Beth! It is truly spectacular how much they love each other. He also loves his son very deeply. They work together at his plumbing company and maintain a great relationship with one another.

I have known Mark my whole life. He is a great family friend or more so part of the family at this rate! He gives great advice and always has wise words no matter what the situation may be. Mark is a man of faith and that is demonstrated in the way he loves ad cares for those around him. I do not think that I have ever heard anyone say something negative about Mark.

Sincerely,
Lauren Grace Binkley
2381 Blue Springs Road
Ashland City, TN. 37015
615-939-2296

Dear Honorable Timothy J. Kelly,

I am writing to tell you the many fine qualities of Mark Waynick. Whom I have known for over twenty-two years in various capacities. Those capacities include: work, friends, and his farm. I have gotten to know Mark over the year in many ways. We met when him and Beth started dating. I have never had anything but positive things to say about him. Mark has worked on our plumbing, charging nothing but parts. He has helped me sell a camper that I was having trouble selling. Mark has always helped me in any way that he could, from helping me research stuff I had questions on, to just sitting around talking like friends do. I have never seen him have anything but respect for anyone else he meets. He is always been a great father to his son and a great husband to Beth. He owns his own plumbing company and is a very reliable and respected business man. I have nothing bad to say about Mark and I do not know of anyone that does.

Thank you,
James P. Binkley
2381 Blue Springs Road
Ashland City, TN. 37015
615-394-9415

## Lorial Pelton

From:  Lorial Pelton (kjn5913@gmail.com)

To:      beth.waynick@yahoo.com

Date:   Monday, May 13, 2024 at 10:53 AM CDT

Dear Honorable Timothy J Kelly,

My name is Lorial Pelton. I am a Special Education Teacher Assistant at our local high school. I am writing this letter in regards to Mark Waynick and his character. I hope you will take this letter into account when making your decision. I have known Mark for about 11 years. I first met Mark when our sons became friends , shortly after we became neighbors. Mark Waynick is a good person . A man of integrity. He is kind and generous to others. Mark is a loving family man and works hard to provide for his family and caring for his animals. I could not ask for a better neighbor . Mark is trustworthy ,he has always watched after my home when I am out of town. Mark is always there to help my husband fix things around our house and  never expects anything in return. Mark to me is a positive productive member of our community. I hope this small insight into Mark will help in your decision.

Thank You,

Lorial Pelton
655 Scott Hollow Rd Charlotte Tn 37036
615 -943-1756

## Letter on behalf of Mark Waynick

From:  Dana Harris (dmharris1901@gmail.com)

To:    beth.waynick@yahoo.com

Date:  Sunday, May 19, 2024 at 04:11 PM CDT

Dear Honorable Timothy J Kelly,

I am writing to tell you of the fine qualities of Mark Waynick whom I have known his entire life. Growing up with Mark he was not only family but a best friend to me. He has always been compassionate, hard working and strong morals. He is one of the strongest Christian's I know. He would never plan to hurt anyone, he only has very strong beliefs and is brave enough to show them.
Please help him get the forgiveness he deserves.

Thank you so much,
Dana Harris
731-699-0098

## Bryan Pelton

From:  kjn5913 (kjn5913@gmail.com)

To:    beth.waynick@yahoo.com

Date:  Monday, May 20, 2024 at 06:33 PM CDT

Dear Honorable Timothy J Kelly,
My name is Bryan Pelton. I am writing you as to the character of Mark Waynick for consideration in your up coming decision. I have known Mark for around 11 to 12 years after we became neighbors. Our sons are also friends. Mark is a kind and generous man. He is caring towards his family , neighbors,  and farm animals.Mark is a hard worker at his plumbing business and at home with his family. Mark would help you anytime. He has helped me with more than one house repair and never expected anything in return. Mark is very trustworthy,  I would recommend  his plumbing services to anyone in need. He is fair and honest. Mark is a positive member of our community. All in all I couldn't ask for a better neighbor.

    Bryan Pelton
 655 Scott Hollow Rd Charlotte TN 37036
615-943-1721


Sent via the Samsung Galaxy S10e, an AT&T 5G Evolution capable smartphone

Dear Honorable Timothy J Kelly,

I am writing to tell you of the many fine qualities of Mark Waynick, whom I have known for nine years in various capacities including as a neighbor, and a friend.

I have had the chance to get know Mark on a one-on-one bases through our countless talks about the bible and our lord and savior Jesus Christ. I have seen the heart he posses not only for his family, friends and neighbors, but too all those around him. He is a good man and a kind man willing to help others at a moment's notice. These last few years I have seen the pressure and stress this has placed on him and his family and hope this plays a part in your decision. I understand by man's law you have the right to take ones freedom, but it also means you have the right to be a light of mercy and forgiveness. It is my hope you see the remarkable qualities of Mark and have mercy in your sentencing.

Thank you,

Wade Gibbs

603 Scott Hollow Rd

Charlotte TN

615-319-6089

Dear Honorable Timothey J. Kelly,

I am writing you today to speak to you about Mark and McKane Waynick. Mark is my uncle and McKane is my sweet cousin. I love them both dearly and humbly ask you to read this letter about them.
They are wonderful people. I know their hearts, and this is just tearing them up, it's devastating to our whole family.
Mark has built a company of his own, it has been successful because of his character, integrity and hard work. He is from a small area and if you are not a man of your word, people know that, but for Mark, integrity comes easy. Its who he is. He would not do anyone wrong; he stands behind his word and cares for people, cares for his customers. McKane is just like him. McKane is also blessed with a stable family, parents that are still married, who love each other and love him more than life itself. My Grandmother was a good Christian woman who expected nothing less from her family. She held us all to a high standard of honesty, integrity, moral accountability and most of all, to be a good, caring, humble people. Mark and McKane are just that. I know, with all heart, if given the chance, they will return to their jobs and their life and family and try to put all this behind them.

Thank you,
Kimberly L Stewart
2503 Pillowville-Gleason Rd
Gleason, TN 38229
731-571-2586

Debbie Waynick
1980 Highway 149
Palmyra, TN 37142
debbie.waynick@hotmail.com

May 30, 2024

The Honorable Timothy J. Kelly
Judge of The U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

Re Sentencing of Mark Waynick and Jerry McKane Waynick, Case 1:23-cr-00175-TJK

Dear Judge Kelly,

My name is Debbie Waynick and I am a retired classroom teacher in the state of Tennessee. I am writing to you on behalf of my stepson, Mark Waynick and my grandson, Jerry McKane Waynick to request leniency in their upcoming sentencing hearing in August.

I have known Mark for the past 40 years. When I first started dating his father he was 13 years old. I became his stepmother a year later. His son, McKane was born 17 years after that.

Both Mark and McKane have always been known to be industrious, responsible and compassionate. Over the years they have worked together to raise a number of different types of animals from livestock to sugar gliders which requires a considerable amount of time, energy and care. This was in addition to their full time jobs. McKane worked for a while in a nursing home helping the elderly which he truly seemed to enjoy. After a period of time working together in their family plumbing business, McKane's entrepreneurial spirit led him to work in a flea market. He appears to love the challenge of finding items of value and then interacting with others to resell them. This endeavor has grown to include their entire family in any spare time that they may have. In addition to their love of family and animals, they share a love of God. Any time Mark and I are together our conversation will invariably turn to that topic at some point. He works to encourage others to read and study the Bible, offering to discuss scriptures with them. I am certain that those around him while incarcerated will encounter such conversations as well and hopefully change their lives for the better.

Most importantly, my 77 year old husband and their father/grandfather is currently not well. He suffers from a number of health issues both physically and mentally, some of which are life-threatening. He currently believes that they are being released in August. I do not lie to him nor do I correct him at this point since stress exacerbates many of his conditions. He is prone to having strokes and I pray that any bad news regarding this sentencing will not literally kill him. One of the many issues he has is Vascular Dementia which, according to medical professionals, leaves him with a life expectancy of approximately 3 more years. With each passing day, I find it increasingly difficult to manage everything on my own and could truly use some support. Mark and McKane would not only be of help to us physically and emotionally but financially as well by doing things for us that I will otherwise have to find a way to pay someone to do. In addition, I am frequently being forced to make decisions with regard to his healthcare and could use some help with that.

Thank you for taking the time to read this. I believe that their true character makes them deserving of your consideration for the absolute minimum sentence allowable by law. Please feel free to contact me should you require any further information.

Respectfully,

Debbie Waynick

Debbie Waynick

470 Scott Hollow Rd
Charlotte, TN 37036
540.336.7063
gcmarlow@yahoo.com

To The Honorable Timothy J. Kelly:

Mark Waynick and his family have been our neighbors since we purchased our property 3 years ago.

I respect and understand that Mark has been found guilty and I am writing this letter to you to offer a more complete picture of who Mark is as a person. As soon as Mark saw us, he came and introduced himself and welcomed us to the area. He was extremely helpful by providing guidance and information as we were building our house. He frequently stopped by to check on us and to see if there was anything we needed. We ultimately had to fire our plumber. Mark, a plumber by trade, even though he was extremely busy, stepped in and completed some critical items to keep us going. He would not let us pay him. We would really have been in a bind without him. Even after we moved in, Mark would stop by frequently to talk and provide us helpful information about the area, bringing us eggs, vegetables, flowers, etc. from their family farm.

Thank you for taking the time to read my letter. My request is for leniency considering who Mark is and his history. Please feel free to contact me should you need any additional information or clarification.

Third Paragraph: Thank the court, and make your "ask." State that you are available to confirm the facts in this letter as necessary.

Sincerely,

Gina M. Celli-Marlow

Dear Honorable Timothy J. Kelly

I have known Mark Waynick over 22 years now. He is one of the truest people I have ever met. Never a negative word said about anyone. I think he knows the bible better than my preacher and it shows in the hard work he does between plumbing and going to estate sales and once a month flea markets. Not to mention all the sheep and other animals they raise together. If I ever ask him something he didn't know he would research and find a answer I have no doubt if I ask him for the shirt off his back he would pull it off and hand it to me. His love for his family is evident in the work he does to provide and the way he looks at them.

Thank You,    Jennifer Binkley
2381 Blue Springs Rd
Ashland City, TN 37015
615-394-9416

Dear Honorable Timothy J. Kelly,

I am writing to you to tell you about Mckane Waynick. I have known Mckane since he was born. I worked with his mother for 28 years and know that he was raised to be very hard working and to love and appreciate his family and friends.

Mckane has always treated me with respect and has shown a tremendous love for animals. He was raised by parents that taught him to love God, his family and his country.

Sincerely,

Wes Aymett
1343 Floyd Hudgens Rd.
Ashland City, Tn. 37015
615-210-1629

May 15, 2024

Dear Honorable Timothy J. Kelly

I am writing to tell of the many qualities of Mark Waynick.
I have known Mark Waynick over 30 years. I use to work with him in a foundry in Dickson Tenn. He was a very good worker. He is a kind and giving friend and would help you anyway he could. He has so much faith in God and reads the Bible everyday.
He is a good provider for his family and loves them with all his heart and soul.
They have a beautiful farm together and he takes great care of it and all the animals they have.

Thank You

Linda Smithson
1764 Maple Valley Rd
Charlotte, Tn. 37036
615-604-2637

May 15, 2024

Dear Honarable Timothy J. Kelly

I am writing to tell of the many qualities about McKane Waynick.

I have known McKane since he was born. He is a very kind young man. He has the biggest heart.

He loves all the animals on his family farm.

He loves his Mom and Dad so very much!

I love his sweet hugs he always gives me.

Thank You,

Wanda Hooper
3023 Bowker Rd.
Charlotte, TN. 37036

May 15, 2024

Dear Honorable Timothy J. Kelly

I am writing to tell of the many fine qualities about Mark Waynick whom I have known over 20 years.

He is married to my Best friend Beth and he loves his family so very much. He has always taken care of his family and is a good provider.

He has faith and is a Godly man. He has always been willing to help friends if he can.

He help me once when I had Covid to do repairs to my shower, so I could take a shower more easily. I will never forget him holding my hand and praying with me to get better!!

Thank you

Wanda J. Hooper
3023 Bowker Rd.
Charlotte, TN. 37036
615-584-1789

May 15, 2024

Dear Honorable Timothey J. Kelly

I am writing to tell you of the many fine qualities about McKane Waynick.
I have known McKane since his birth.
He is a kind and loving person.
He would help anyone in need of help.
He has always been considerate of others. He has very good manners and always polite to others.
He is a very smart young man.
He loves all his animals and always takes good care of them.
Most of all he loves his Mom and Dad so very much!
He loved and adored his sweet Granny Ruley. He took great care of her while she was in the Nursing home while he worked there.
His Granny adored him also.

Thank You

Linda Smithson
1764 Maple Valley Rd.
Charlotte, TN. 37036
615-604-2637

May 15, 2024

To Whom This Concerns,

I would like to write a Character reference for McKain Wayrick of Charlotte, Tennessee.

I have Known McKain for several years. Our friendship became thru a Flea Market we set up each month. He was young when we met and over the years I feel he has grown stronger and more mature. I almost feel like a second grandmother to him and he respects that and shows it with love.

He helps his Dad in his Plumbing Business when needed, he has a big hand in taking care of animals they raise like sheep and sugar gliders, which requires a lot of care, and he works the Flea Market as well as has booths set up in Antique Malls.

He has a girlfriend who is a big help to him and his family and done a lot of good for McKain.

I feel I could call on him in

any need. He is a loving Type Person and giving as well.

Thank you for your time.

Rita Hedgepath
White Bluff, Tn.

Bob Hedgepath
White Bluff, Tn

May 15, 2024

To Whom This Concerns,

I Would like to Write a Character reference for Mark Waynick of Charlotte, Tennessee.

I have Know Mark for Several years. Our friendship became thru a Flea Market we Set-up each month and we became like family. We also all go out on weekend "Picking" as we Call it for items to Sell each month.

Mark is a hard Worker from early Morning till night. He is Self-employed With a Plumbing Business, he has a farm that he raises sheep and Other animals that need Care, plus he does the Flea Market, So you Could Say three jobs. This in itself speaks highly of his skills and qualities.

Mark is sort of a quiet person but has a big heart. I feel I Could Call on him for any need. He often talks to me one on one about God and the love of his Country. He is Very Knowledgeable. He

gets along great with other people and always lending a hand if needed. I would high recomend Mark in whatever he undertakes to do.

Thank you for your time.

Rita R. Hedgepath
White Bluff, Tn.

Bob Hedgepath
White Bluff, Tn