UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO.  0090 1:23CR00175-002 |
| | ) | JUDGE KELLY |
| MARK WAYNICK | ) | |

---
**MOTION TO ADOPT MOTION OF CO-DEFENDANT**
---

Comes the Defendant, MARK WAYNICK, by and through counsel, and moves the Court to be allowed to adopt the Motion to Dismiss Case filed by the co-Defendant Jerry McKane Waynick.  (D.E. 111)

Respectfully submitted,

/s/  Michael Flanagan
Michael J. Flanagan, #9445
Attorney for Defendant, Mark Waynick
95 White Bridge Road, Suite 512
Nashville, TN  37205
615/356-1580

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been forwarded, via the Court's electronic filing system, to Aliya Khalidi and Kyle McWaters, Assistant United States Attorneys, and United States Probation on this 20th day of November, 2024.

/s/  Michael Flanagan
Michael J. Flanagan