# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 1:23-cr-00175 |
| ) | |
| MARK WAYNICK ) | |

## NOTICE OF APPEAL

Name and address of appellant:  Mark Waynick, Reg #86774-509
FDC Philadelphia
Federal Detention Center
Philadelphia, PA  19105

Name and address of appellant's attorney:  Michael J. Flanagan
95 White Bridge Road, Suite 512
Nashville, TN  37205

Offense: Civil Disorder, Officer Assault, Officer Assault Dangerous Weapon, Entering Restricted Area, Disorderly Conduct, Physical Violence, Restricted Area with Dangerous Weapon, Disorderly Conduct in Capitol Building, Demonstration in capitol Building

Concise statement of judgment or order, giving date, and any sentence:

Judgment of Conviction entered 12/6/2024 - Sentence of 51 months custody

Name and institution where now confined, if not on bail:  FDC Philadelphia

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| | |
|---|---|
| 12/20/2024 | Mark Waynick |
| DATE | APPELLANT |
| | /s/ Michael J. Flanagan |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [ ]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | [ ] | [✔] |
| Has counsel ordered transcripts? | [ ] | [✔] |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | [ ] | [ ] |